IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JANE ROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-04333-CV-C-DW |
| ) | |
| LARRY CRAWFORD, et al,. ) | |
| ) | |
| Defendants. ) | |

ORDER

Before the Court is Defendants' Motion for Extension of Time. (Doc. 53). Defendants request an extension of 14 days, up to and including May 29, 2006, in which to file their motion for summary judgment.

Dispositive motions in this case are due on May 15, 2006. Defendants motion, filed on May 11, 2006, argues that their heavy workload prevents them from having adequate time to prepare a summary judgment motion in this case. While the Court understands that the Defendants carry a heavy workload, it is unaware of any provision of the Federal Rules of Civil Procedure mandating the filing of a motion for summary judgment. Delaying the filing of dispositive motions by two weeks would extend the briefing of opposition and reply briefs into mid-July, most certainly hindering the Court's ability to make a ruling before the trial date as well as prejudice parties' ability to prepare for trial. Alternatively, parties may wish to reconsider the filing of dispositive motions and prepare instead for pretrial filings and trial.

For the forgoing reasons, Defendants' Motion for Extension of Time is DENIED. Dispositive motions filed in this case, if any, are due May 15, 2006. Parties shall be prepared to proceed to trial on August 7, 2006.

IT IS SO ORDERED

                                                      ___/s/ Dean Whipple___
                                                            Dean Whipple
                                              United States District Judge

DATE: __5/12/2006_____