**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| JANE ROE individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION No. 05-4333-CV-C-DW ) ) |
| LARRY CRAWFORD, et al., | ) ) |
| Defendants. | ) ) ) |

**PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY
TO BE OFFERED IN THEIR CASE-IN-CHIEF**

Pursuant to this Court's Trial Order at (b)(3), Doc. 30, Plaintiff Class designates the following deposition testimony to be offered in plaintiffs' case-in-chief:

<u>Deposition of Larry Crawford</u>, Ex. 1
1:9-22
4:6-7
5:17 to 9:3
9:11 to 11:6
13:6 to 14:13
15:23 to 16:25
18:8 to 19:22
23:6 to 25:1
25:23 to 27:20
29:15 to 30:25
31:13 to 32:11
34:15 to 37:2
41:1 to 42:3
42:16 to 44:8
45:13-46:7
46:18 to 48:3
49:1 to 50:4
59:6 to 60:6
61:2 to 62:24
64: 5-13

1

Deposition of Steve Long, Ex. 2
1:9-22
5: 11-12
6:22 to 7:6
7:25 to 8:12
9:5 to 10:12
10:24 to 11:6
12:24 to 13:4
16: 9-24
17:15 to 19:18
20:10 to 21:5
21:17 to 22:4
25:10 to 26:15
34:10 to 36:16
38:19 to 40:7
42: 11-20
48: 1-17
53:12 to 55:19
56: 8-20
59:11 to 60:1
61:10-20
64:18 to 65:24
67:3 to 68:12
69: 16-20
73:3 to 74:5
74:21 to 75:22
91:13-18
101:8 to 102:25
108:15 to 109:19
109:13-19
119:2-10
121:7-11
122:17-25
125:19 to 126:11
137:22 to 139:1
139: 13-17
142:4
142:17 to146:19
147:19-22

Deposition of Patricia Cornell, Ex. 3
1:9-22
4:8-10

5:22 to 6:13
8:16 to 9:15
11:25 to 13:8
14:23 to 16:18
15:17-16:8
18: 9-22
19:8-16
19:22 to 20:6
21:1 to 23:21
24:11 to 26:9
29:2 to 30:5
31: 3-18
32: 1-10
33: 7-15
34:21 to 35:21
37:1 to 41:10
41:21 to 42:1
42:15-18
43:23 to 44:20
45:2 to 46:21
49:25 to 50:16
51: 9-16
52:21 to 53:23
55:23 to 57:14
59: 7-9
60:2 to 61:2
64:14 to 65:13
76: 4-12
77: 8-21
80:2 to 81:7
82: 11-17
87:4 to 88:10

Deposition of Cynthia Prudden, Ex. 4
1:9-22
4: 4-6
6:16 to 7:9
8: 2-6
9: 2-11
10: 5-15
16:4 to 17:19
19:5-22
25:7 to 26:3
27:25 to 28:7
30: 3-18

31:22 to 32:11
39:22 to 41:5
41:15 to 42:18
59: 5-21
60: 9-19
61:6 to 63:24
64:16 to 65:4
67:1 to 14
69:14 to 70:10
72:16-22
74:24-75:7
84:3-6
84:22 to 85:4
86:3 to 87:17
88:13 to 90:12
98:19-24
103:5 to 104:3

Deposition of Jennifer Raspberry, Ex. 5
1:9-22
4: 4-6
6:17 to 10:6
14:10 to 16:21
17:19 to 18:5
18:23 to 19:8
19:25 to 20:8
24:8 to 26:2
26:24 to 27:8
34:15-35:4
43:25 to 44:3
45: 4-21
48:12 to 49:2
49:21 to 50:19
51:22 to 53:21
54:24 to 55:20
56:20 to 57:25
58:25 to 59:23
63:1 to 64:12
65:18-66:7

Deposition of Elizabeth J. Conley, Ex. 6
1:9-22
4:4-5
7:7 to 8:12
9:4-14

10:6-25
13:12-17
15:22 to 16:3
16:16 to 17:7
18:6 to 20:4
21:9 to 22:5
22: 15-17
23:5 to 25:19
26:22 to 29:10
30:18 to 31:5
31:9-32:8
32:25 to 33:8
33:12 to 34:1
34:23 to 35:1
36:14 to 37:20
43: 3-24
48:3 to 50:10
53:6-20
57:5-22
58:4-6
59:6 to 60:4
60:9-19
61:10 to 62:4
63:13 to 64:19
65:16-25
66:9-22
68:19 to 69:8
70:13-18
71:4-10
75:14 to 78:14
80:6-17
87:15 to 88:12
91:16 to 91:20
92:12-24
94:2-6
94:11-15
96:21 to 97:13
100:11 to 101:11
101:19 to 103:17
104:6-8

                                Respectfully submitted,

                                /s/ *Diana Kasdan*
                                Diana Kasdan*

Talcott Camp*
Chakshu Patel*
Jennifer Nevins*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
Telephone 212 549-2633
Facsimile No. 212-549-2652
E mail: dkasdan@aclu.org
    tcamp@aclu.org
    cpatel@aclu.org
    jnevins@aclu.org
COUNSEL FOR PLAINTIFF CLASS

Thomas M. Blumenthal, MBEN 25601, EDMo 2652
165 North Meramec Ave, Sixth Fl
St. Louis, MO 63105
Telephone No. 314-727-2266
Facsimile No. 314-727-2101
E Mail: tblumenthal@pcblawfirm.com
COOPERATING ATTORNEY FOR ACLU/EM
COUNSEL FOR PLAINTIFF CLASS

James G. Felakos*, MBEN 56356, Federal Bar # JF6965
American Civil Liberties Union of Eastern Missouri
4557 Laclede Ave
St. Louis, MO 63108
Telephone No. 314-361-3635
Facsimile No. 314-361-3135
E Mail: jim@aclu-em.org
COUNSEL FOR PLAINTIFF CLASS

* Admitted to the Western District of Missouri Pro Hac Vice

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the June 26, 2006, she electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system for service on the following:

Michael Pritchett
Missouri Assistant Attorney General
Missouri Office of the Attorney General
207 West High Street
Jefferson City, Missouri 65102
FAX:  573-751-9456
EMAIL:  mike.pritchett@ago.mo.gov


                                      */s/ Diana Kasdan*