IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

JANE ROE )
)
    Plaintiff (s) )
vs. ) Civil No. 05-4333-CV-C-DW
)
LARRY CRAWFORD, ET AL. )
)
    Defendant (s) )

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    **ORDERED THAT**: The Court concludes that Defendants' Policy violates both the Fourteenth and Eighth Amendments of the United States Constitution. Plaintiffs' Motion for Summary Judgment (Doc. 57) is **GRANTED**. Defendants' Motion for Summary Judgment is **DENIED**.

    PATRICIA L. BRUNE, CLERK

Date: July 18, 2006     By: /s/ Y. Johnson
    Deputy Clerk